# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 18-318 |
| FERNANDO TURZIOS-SANCHEZ | : | |

## ORDER

**AND NOW**, this 19th day of September 2018, upon considering the Defendant's Motion to dismiss the Indictment (ECF Doc. No. 29) followed by an Amended Motion to dismiss the Indictment (ECF Doc. No. 30) and with no prejudice, it is **ORDERED** Defendant's Motion (ECF Doc. No. 29) is **DENIED as moot** as we will consider (and the United States shall timely answer) the Amended Motion (ECF Doc. No. 30).

KEARNEY, J.