# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 18-318 |
| FERNANDO TURZIOS-SANCHEZ | : |

## ORDER

**AND NOW**, this 21st day of September 2018, upon considering the Defendant's Request in today's hearing to withdraw his Amended Motion to dismiss the Indictment (ECF Doc. No. 30), it is **ORDERED** the Defendant's Amended Motion (ECF Doc. No. 30) is **DENIED as moot without prejudice** to be renewed.

KEARNEY, J.